# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CENTER FOR ENVIRONMENTAL HEALTH

*Petitioner*,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and JANE NISHIDA, Acting Administrator, United States Environmental Protection Agency,

 *Respondents*.

## PETITION FOR REVIEW

Pursuant to the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2618, the Administrative Procedure Act, 5 U.S.C. § 706, and Rule 15 of the Federal Rules of Appellate Procedure, Center for Environmental Health (CEH) hereby petitions for review of a final rule promulgated by Respondent United States Environmental Protection Agency (EPA) entitled "*Perchloroethylene (PCE); Regulation Under the Toxic Substances Control Act (TSCA),*" published at 89 Federal Register 103560 (December 18, 2024). The rule was "issue[d]" for

purposes of judicial review on January 2, 2025. 40 C.F.R. § 23.5(a).

A copy of the rule is attached hereto.

Petitioner CEH has its principal place of business within this Circuit. This Court accordingly has jurisdiction to review EPA's rule pursuant to 15 U.S.C. § 2618(a). CEH seeks remand of the EPA rule on the ground that it violates TSCA and is contrary to the Administrative Procedure Act.

January 10, 2025.

        s/Robert M. Sussman
        ROBERT M. SUSSMAN
        Sussman & Associates
        3101 Garfield St. NW
        Washington DC 20008
        bobsussman1@comcast.net
        202-716-0118

        *Attorneys for Petitioner*

## CERTIFICATE OF SERVI CE

I certify that I mailed a copy of this Petition for Review on January 10, 2025 to the following:

> Jane Nashida, Acting Administrator, Environmental Protection Agency 1200 Pennsylvania Ave., N.W. Washington, DC 20460
>
> Correspondence Control Unit Office of General Counsel (2311) Environmental Protection Agency 1200 Pennsylvania Ave., NW Washington, DC 20460
>
> Merrick B. Garland, Attorney General, Department of Justice, 950 Pennsylvania Ave., NW Washington, DC 20530
>
> Todd Kim, Assistant Attorney General, Department of Justice, Environmental and Natural Resources Division 950 Pennsylvania Ave., NW Washington, DC 20530

<u>/s/Robert M. Sussman</u>
Robert M. Sussman

*Counsel for Petitioner CEH*